

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00042-CV
_____

**IN THE MATTER OF THE MARRIAGE OF TERRI F. ADAMS AND TERRY R. ADAMS**

On Appeal from the County Court at Law No. 1
Lubbock County, Texas
Trial Court No. 2016-523,388, Honorable Mark Hocker, Presiding

August 9, 2018

## MEMORANDUM OPINION

### Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant Terry Adams has filed an unopposed motion with two supporting exhibits seeking voluntary dismissal of this appeal. The motion states it is made pursuant to an agreement entered in the trial court. An attached certificate of conference states the parties agreed to dismissal of the appeal.

Without passing on the merits of the appeal, we grant the motion. The appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). The parties have not presented an agreement for assessment of costs. Therefore, pursuant to rule, costs are assessed against appellant. *See* TEX. R. APP. P. 42.1(d).

James T. Campbell
Justice